■ In the Matter of IRONWORKERS LOCAL No. 60 TRAINING, SKILL IMPROVEMENT, EDUCATION AND APPRENTICESHIP FUND, by J. KEVIN MCDERMOTT, as Trustee, Appellant, v DEPARTMENT OF ASSESSMENT OF THE CITY OF SYRACUSE et al., Respondents. (Appeal No. 1.) [635 NYS2d 548] —Appeal unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Amended Order of Supreme Court, Onondaga County, Roy, J.—Tax Certiorari.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.

■ In the Matter of IRONWORKERS LOCAL No. 60 TRAINING, SKILL IMPROVEMENT, EDUCATION AND APPRENTICESHIP FUND, by J. KEVIN MCDERMOTT, as Trustee, Appellant-Respondent, v DEPARTMENT OF ASSESSMENT OF THE CITY OF SYRACUSE et al., Respondents-Appellants. (Appeal No. 2.) [635 NYS2d 549] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted respondents' motion to dismiss the petition brought pursuant to RPTL article 7. Although that

article was amended (L 1994, ch 563, eff July 26, 1994), the amendments are prospective only *(see, Matter of Endicott Johnson Corp. v Assessor of Town of Union,* 209 AD2d 759). Thus, the court properly determined that the amendments to RPTL 702 (3) and 704 (1) should not be applied retroactively. (Appeals from Order of Supreme Court, Onondaga County, Roy, J.—Renewal.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.